AMANDA LISSNER, as Administratrix of the Estate of HENRY LISSNER, Deceased, Respondent, *v.* CELIE WEINGARTEN, Defendant, and WECIL REALTY CORPORATION, Appellant.

*Negligence — landlord and tenant — injury to tenant from being struck by piece of falling plaster — defense that owner had purchased premises but two days before accident.*

*Lissner* v. *Weingarten*, 189 App. Div. 908, affirmed.

(Argued March 10, 1921; decided April 19, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 7, 1919, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been sustained through the negligence of defendant. The

deceased leased a portion of certain premises as a law office. While in said office he was struck upon the head by a piece of falling plaster, which had been loosened by a leak in the roof, causing a small cut. Infection, septicemia and gangrene developed and he died a month and three days after the accident. The defendant, appellant, had purchased the building but two days before the accident and contended that it could not be held responsible therefor.

*William Dike Reed* and *James A. Gray* for appellant.

*John C. Robinson, George F. Hickey* and *Charles Breitbart* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, HOGAN, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.